In The



Court of Appeals



Ninth District of Texas at Beaumont


____________________



NO. 09-03-485 CV


____________________



IN RE GUARDIANSHIP OF WILMA FLORES






On Appeal from the County Court at Law No. 3


Jefferson County, Texas


Trial Cause No. 85943






MEMORANDUM OPINION (1)


 Reynaldo Flores, Sr., appellant, filed a motion to dismiss this appeal. The Court
finds that this motion is voluntarily made by the appellant prior to any decision of this
Court and should be granted. Tex. R. App. P. 42.1(a)(1). No other party filed a notice
of appeal.

 It is, therefore, ordered that the motion to dismiss be granted and the appeal is
therefore dismissed. All costs are assessed against the appellant.

 APPEAL DISMISSED. 

 PER CURIAM


Opinion Delivered January 15, 2004 

Before McKeithen, C.J., Burgess and Gaultney, JJ.
1. Tex. R. App. P. 47.4.